UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONAE SPENCER, | No.  2:25-cv-3049 DAD AC PS |
| Plaintiff, | |
| v. | ORDER |
| LANDMARK PROPERTIES INC., et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro se.  On February 10, 2026, the undersigned granted plaintiff's motion to proceed in forma pauperis ("IFP") and on March 2, 2026, issued a revised order finding service appropriate, and directing plaintiff to provide service documents to the U.S. Marshals Service and file a statement of service on the record within 15 days.  ECF No. 8.  Plaintiff has not filed a statement of service and the deadline to do so has passed.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of service documents within this timeframe will serve as cause and will discharge this order.  If plaintiff

////

////

////

1

fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: March 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE