Alicia R. Kennon (State Bar No. 240569)
akennon@wshblaw.com
Ji-Su Park (State Bar No. 343008)
jspark@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925.222.3400 ♦ Fax: 925.356.8250

Attorneys for Defendant LANDMARK PROPERTIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONAE SPENCER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LANDMARK PROPERTIES, INC., a Georgia corporation, PATRICK TURNEY, an individual, CHRISTYNE ZARAGOZA, an individual, GUADALUPE GONZALEZ, an individual, and EZRA ESQURE, an individual,<br><br>Defendants. | Case No. 2:25-cv-3049-DAD-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT LANDMARK PROPERTIES, INC'S REQUEST FOR LEAVE TO FILE LIMITED SUPPLEMENTAL RESPONSE TO PLAINTIFF'S LIMITED REPLY**<br><br>[Magistrate Judge Hon. Allison Claire]<br>[U.S. District Judge Hon. Dale A. Drozd]<br><br>Trial Date: None Set |

The Court, having considered Defendant LANDMARK PROPERTIES, INC.'s Request for Leave to File Limited Supplemental Response to Plaintiff's Limited Reply, and good cause appearing, hereby ORDERS as follows:

1. Defendant LANDMARK PROPERTIES, INC.'s Request for Leave to File Limited Supplemental Response to Plaintiff's Limited Reply is GRANTED.

2. Defendant LANDMARK PROPERTIES, INC. is granted leave to file and serve the Limited Supplemental Response attached as Exhibit A to its Request for Leave.

**IT IS SO ORDERED.**

DATED: September 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE



WOOD, SMITH, HENNING & BERMAN LLP
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925.222.3400 ♦ FAX 925.356.8250